# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

ISA CRUZ,
CARLA CRUZ,
GUMARO YESCAS,
JUSTO PASTOR ELBIR, and
CINTHIA MIRAMONTES RODRIGUEZ

FILED

JUL 25 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR 19  343  CRB

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
21 U.S.C. § 843(b) – Illegal Use of a Communication Facility;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of Methamphetamine;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to Distribute Cocaine;
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this ___25___ day of _July 2019_

ROSE MAHER
Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE   Bail, $ _____

**NO BAIL WARRANT**

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment;
Maximum $1,000,000 fine;
Between 3 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ ISA CRUZ

DISTRICT COURT NUMBER
**CR 19 343 CRB**

FILED
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances
21 U.S.C. §843(b) - Illegal Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ CARLA CRUZ

**DISTRICT COURT NUMBER**
CR 19 343 CRB

FILED
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction        ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

Penalty Sheet for CARLA CRUZ

## Count One: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances

- Maximum 20 years imprisonment;
- Maximum $1,000,000 fine;
- Between 3 years and lifetime supervised release;
- $100 special assessment.

## Count Three: 21 U.S.C. § 843(b) - Illegal Use of a Communication Facility

- Maximum 4 years imprisonment;
- Maximum $250,000 fine;
- Maximum of 1 year of supervised release;
- $100 special assessment.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B) - Possession with Intent to Distribute Cocaine.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

Name of District Court, and/or Judge/Magistrate Location:
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ GUMARO YESCAS

DISTRICT COURT NUMBER: CR 19 343 CRB

FILED
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

Penalty Sheet for GUMARO YESCAS

**Count One: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances**

- Maximum 20 years imprisonment;
- Maximum $1,000,000 fine;
- Between 3 years and lifetime supervised release;
- $100 special assessment.

**Count Five: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to Distribute Cocaine**

- Maximum 20 years imprisonment;
- Minimum 5 years imprisonment;
- Maximum $5,000,000 fine;
- Between 4 years and lifetime supervised release;
- $100 special assessment.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B) - Distribution of Methamphetamine.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

**DEFENDANT - U.S**
▶ JUSTO PASTOR ELBIR

DISTRICT COURT NUMBER
FILED CR 19 343

JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**   CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SAILAJA M. PAIDIPATY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

Penalty Sheet for JUSTO PASTOR ELBIR

### Count One: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute Controlled Substances

- Maximum 20 years imprisonment;
- Maximum $1,000,000 fine;
- Between 3 years and lifetime supervised release;
- $100 special assessment.

### Count Four: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of Methamphetamine

- Maximum 20 years imprisonment;
- Minimum 5 years imprisonment;
- Maximum $5,000,000 fine;
- Between 4 years and lifetime supervised release;
- $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**OFFENSE CHARGED**
21 U.S.C. § 843(b) - Illegal Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Maximum 4 years imprisonment;
Maximum $250,000 fine;
Maximum of 1 year of supervised release;
$100 special assessment.

**DEFENDANT - U.S**
▶ CINTHIA MIRAMONTES RODRIGUEZ

**DISTRICT COURT NUMBER**
CR 19 343

FILED
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT** —CRB—

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
   **FILED**
5
   JUL 25 2019
6
   SUSAN Y. SOONG
   CLERK, U.S. DISTRICT COURT
   NORTH DISTRICT OF CALIFORNIA
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           ) CASE NO. CR 19  343 CRB
                                        )
12       Plaintiff,                     )
                                        ) VIOLATIONS:
13       v.                             ) 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) –
                                        ) Conspiracy to Distribute and Possess with Intent to
14  ISA CRUZ,                           ) Distribute Controlled Substances;
    CARLA CRUZ,                         ) 21 U.S.C. § 843(b) – Illegal Use of a Communication
15     a/k/a "Karla Cruz,"              ) Facility;
       a/k/a "Angelica Cruz",           ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution
16  GUMARO YESCAS,                      ) of Methamphetamine;
       a/k/a "Gumaro Yescas Avelino,"   ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession
17     a/k/a "Omar Yescras,"            ) with Intent to Distribute Cocaine;
    JUSTO PASTOR ELBIR, and             ) 21 U.S.C. § 853 – Forfeiture Allegation
18     a/k/a "Justo Pastor Elbir-Sevilla," )
       a/k/a "Pastor Elbir-Justo,"      )
19     a/k/a "Justo Pastor Elvir,"      )
    CINTHIA MIRAMONTES RODRIGUEZ,       )
20     a/k/a "Cynthia Rodriguez,"       )
       a/k/a "Cynthia Rodriguez Navarro" )
21                                      )
         Defendants.                    )
22  _____)

23                              I N D I C T M E N T

24  The Grand Jury charges:

25  COUNT ONE:       (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and Possess
                     with Intent to Distribute Controlled Substances)
26
27       Beginning on or about unknown, but no later than January 15, 2019, and continuing to the

28  present in the Northern District of California and elsewhere, the defendants,

    INDICTMENT

1  ISA CRUZ,

2  CARLA CRUZ,
   a/k/a "Karla Cruz,"
3  a/k/a "Angelica Cruz",

4  GUMARO YESCAS,
   a/k/a "Gumaro Yescas Avelino,"
5  a/k/a "Omar Yescras,"

6  JUSTO PASTOR ELBIR, and
   a/k/a "Justo Pastor Elbir-Sevilla,"
7  a/k/a "Pastor Elbir-Justo,"
   a/k/a "Justo Pastor Elvir,"
8

9  and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

10 and possess with intent to distribute controlled substances, specifically, a mixture and substance

11 containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its

12 isomers, a Schedule II controlled substance; methamphetamine, its salts, isomers, and salts of its

13 isomers, a Schedule II controlled substance; and a mixture of substance containing a detectable amount

14 of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846,

15 841(a)(1), and (b)(1)(C).

16 COUNT TWO:        (21 U.S.C. § 843(b) – Illegal Use of a Communication Facility)

17     On or about January 18, 2019, between approximately 6:40 p.m. and 9:15 p.m., in the Northern

18 District of California, the defendant,

19                    CINTHIA MIRAMONTES RODRIGUEZ,
                      a/k/a "Cynthia Rodriguez,"
20                    a/k/a "Cynthia Rodriguez Navarro"

21 did knowingly and intentionally use a communication facility in committing, causing and facilitating the

22 distribution and possession with the intent to distribute a controlled substance, in violation of Title 21,

23 United States Code, Section 843(b).

24 COUNT THREE:      (21 U.S.C. § 843(b) – Illegal Use of a Communication Facility)

25     On or about January 27, 2019, between approximately 2:01 p.m. and 2:09 p.m., in the Northern

26 District of California, the defendant,

27                    CARLA CRUZ,
                      a/k/a "Karla Cruz,"
28                    a/k/a "Angelica Cruz",

INDICTMENT                          2

did knowingly and intentionally use a communication facility in committing, causing and facilitating the distribution and possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 843(b).

COUNT FOUR:    (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of 5 Grams or More of Methamphetamine)

On or about April 24, 2019, in the city of Oakland, which is in the Northern District of California, the defendant,

JUSTO PASTOR ELBIR,
a/k/a "Justo Pastor Elbir-Sevilla,"
a/k/a "Pastor Elbir-Justo,"
a/k/a "Justo Pastor Elvir,"

did knowingly and intentionally distribute 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

COUNT FIVE:    (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession with Intent to Distribute 500 Grams or More of Cocaine)

On or about May 31, 2019, in the city of Oakland, which is in the Northern District of California, the defendant,

GUMARO YESCAS,
a/k/a "Gumaro Yescas Avelino,"
a/k/a "Omar Yescras,"

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

FORFEITURE ALLEGATION:    (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Three above, the defendant,

INDICTMENT                                       3

ISA CRUZ,

CARLA CRUZ,
a/k/a "Karla Cruz,"
a/k/a "Angelica Cruz",

GUMARO YESCAS,
a/k/a "Gumaro Yescas Avelino,"
a/k/a "Omar Yescras,"

JUSTO PASTOR ELBIR, and
a/k/a "Justo Pastor Elbir-Sevilla,"
a/k/a "Pastor Elbir-Justo,"
a/k/a "Justo Pastor Elvir,"

CINTHIA MIRAMONTES RODRIGUEZ,
a/k/a "Cynthia Rodriguez,"
a/k/a "Cynthia Rodriguez Navarro"

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//

INDICTMENT                                     4

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: July 25, 2019

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney

INDICTMENT                                   5